868 A.2d 1008

IN THE MATTER OF C. AARON PATEL, A/K/A
CHIRAYU A. PATEL, AN ATTORNEY AT
LAW (ATTORNEY NO. 031521996).

March 9, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–261, concluding that **C. AARON PATEL,**

a/k/a **CHIRAYU A. PATEL,** of **HACKENSACK,** who was admitted to the bar of this State in 1996, should be reprimanded for violating *RPC* 1.15(a)(negligent misappropriation of trust funds) and *RPC* 1.15(d) (failure to comply with recordkeeping requirements of *R.* 1:21–6), and good cause appearing;

It is ORDERED that C. **AARON PATEL,** a/k/a **CHIRAYU A. PATEL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.